CARMINE SACCRIPANTE, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Motions denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

HENRY GEORGE THOMPSON, an Infant, etc., Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

THOMAS R. ASHCROFT, Respondent, v. NATIONAL METER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

KATHLEEN BAXTER (Formerly KATHLEEN O'NEIL), Appellant, v. ADELINE T. GILLEN, as Administratrix, etc., of THOMAS CULLEN, Deceased, Respondent.—It is settled in New York that delivery of a savings bank book with the intent to pass title is a consummated gift. (*Ridden* v. *Thrall*, 125 N. Y. 572; 12 R. C. L. " Gifts," § 23.) This was not given on condition of a future marriage. (See *Williamson* v. *Johnson*, 9 L. R. A. 277; 62 Vt. 378.) Plaintiff was entitled to a finding of a gift consummated on March 19, 1916. The judgment is, therefore, reversed, with costs to the appellant, and directions to enter a decree for the plaintiff, with costs, upon findings to be settled in the order of reversal, on notice. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

GINA BETRONE, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.—Judgment reversed and a new trial granted, costs to abide the event. The case is lean in evidence tending to prove negligence and injury, but there is some evidence that there was a jerk of sufficient violence to break plaintiff's hold on a support while she was entering the car, and there was evidence tending to prove some injury. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

HARRY W. BUTTS, Respondent, v. JAMES WARREN DEALE and THOMAS P. CUNNINGHAM, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

THOMAS BYRNE, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment and order of the County Court of Kings county reversed, and a new trial ordered, costs to abide the event. The theory of plaintiff's pleading and proof was that he was thrown from defendant's car by a sudden stop. But he failed to establish by a fair preponderance of proof that he did not fall, in his attempt to alight, while the car was slowing down and was still in motion. His version of the casualty is corroborated only by the testimony of Powers, then a wayfarer on the street, and is opposed to that of Brown, Finnen and Police Detective Clare, all passengers and indifferent witnesses, and of Golden, the conductor, who before the time of trial had quit the defendant's employ. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.